UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TOBIAS GEMINIANO-MARTINEZ,<br><br>                              Plaintiff,<br><br>        v.<br><br>RAND BEERS, *et al.*,<br><br>                              Defendants.. | Case No.  2:14-cv-00469-KJD-PAL<br><br>ORDER |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint (Dkt. #1) in this matter was filed March 27, 2014.  No answer has been filed.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Plaintiff has failed to comply.  Accordingly,

**IT IS ORDERED** Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., April 29, 2014.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 15th day of April, 2014.

_____
Peggy A. Leen
United States Magistrate Judge